*E-Filed 2/8/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HORACE A. BELL, | No. C 10-5939 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| FEDERAL RECEIVER, and DIRECTOR OF THE CDCR, | |
| Respondents. | |

Petitioner Horace A. Bell has filed a petition for writ of habeas corpus to challenge conditions of his confinement in Kern Valley State Prison, which is in the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Because the events relevant to this action occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: February 8, 2011

RICHARD SEEBORG
United States District Judge

No. C 10-5939 RS (PR)
ORDER OF TRANSFER